UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO. 4:19-cv-10110-ALTONAGA/Goodman

ELIZABETH MARQUARDT,

        Plaintiff,

v.

OCEAN REEF COMMUNITY ASSOCIATION,
and DAVID RITZ

        Defendants.
_____/

**PLAINTIFF'S MOTION FOR EXTENSION OF TIME TO FILE REPLY IN SUPPORT OF PLAINTIFF'S MOTION IN LIMINE TO EXCLUDE EVIDENCE REGARDING PRIOR LAWSUIT AND SETTLEMENT AGREEMENT (ECF 101)**

Plaintiff, Elizabeth Marquardt, by and through undersigned counsel, hereby respectfully files the foregoing Motion for Extension of Time to file Reply in Support of Plaintiff's Motion in Limine to Exclude Evidence Regarding Prior Lawsuit and Settlement Agreement (ECF 101) (the "Motion in Limine"). In support thereof, Plaintiff states the following:

1. Plaintiff's Motion in Limine was filed on March 6, 2020. Defendants' Response to the Motion in Limine was filed on March 26, 2020. Accordingly, Plaintiff's Reply Memorandum is due today.

2. Plaintiff respectfully requests a further extension of time, from today until Monday, April 6, 2020. The request for additional time is necessary due to the time required to brief Plaintiff's Response to Defendants' Motion in Limine earlier this week, and the press of other deadlines.

4. The relief requested herein is sought in good faith and not for purposes of delay. With a deadline of April 6, 2020 (which is when Defendants' Reply in Support of Defendants' Motion in

WEIL SNYDER & RAVINDRAN, P.A.

Citigroup Center, 201 South Biscayne Blvd.  Suite 720, Miami, FL 33131
T: (305) 372-5352   F: (305) 372-5355

Page 2

Limine is presently due), Plaintiff's Motion will be fully briefed prior to the parties' hearing on the Motions in Limine, scheduled on April 8, 2020.

WHEREFORE, Plaintiff respectfully requests that this Court enter an Order granting Plaintiff an extension of time through and including Monday, April 6, 2020, to file her Reply in Support of Plaintiff's Motion in Limine.

### CERTIFICATE OF GOOD FAITH CONFERENCE

Pursuant to Local Rule 7.1(a)(3)(A), on April 1, 2020, Plaintiff's undersigned counsel conferred with counsel for Defendants by e-mail in a good faith effort to resolve the issues raised in tis Motion. Defendants advised that they do not oppose the relief sought herein.

Respectfully submitted,

By: _/s/ Marguerite Snyder_
Ronald P. Weil (FBN 169966)
RWeil@weillawfirm.net
Marguerite C. Snyder (FBN 079082)
MSnyder@weillawfirm.net
**WEIL SNYDER & RAVINDRAN, P.A.**
201 South Biscayne Boulevard, Suite 720
Miami, Florida 33131
T: (305) 372-5352
F: (305) 372-5355
*Attorneys for Elizabeth Marquardt*

WEIL SNYDER & RAVINDRAN, P.A.

Citigroup Center, 201 South Biscayne Blvd.  Suite 720, Miami, FL 33131
T: (305) 372-5352   F: (305) 372-5355

Page 3

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that, on April 2, 2020, I electronically filed the foregoing document with the Clerk of Court using the CM/ECF filing system. I further certify that this motion was served on all counsel of record via transmission of the Notice of Electronic Filing generated by the Court's CM/ECF system.

*s/ Marguerite Snyder*
Marguerite Snyder

WEIL SNYDER & RAVINDRAN, P.A.

Citigroup Center, 201 South Biscayne Blvd.  Suite 720, Miami, FL 33131
T: (305) 372-5352    F: (305) 372-5355

## SERVICE LIST

Robert S. Turk, Esq.
Ingrid H. Ponce, Esq.
Stearns Weaver Miller Weissler Alhadeff & Sitterson, P.A.  150 West Flagler Street, Suite 2200
Miami, FL 33130
rturk@stearnsweaver.com
iponce@stearnsweaver.com
*Counsel for Ocean Reef Community Association*

E. Bruce Johnson, Esq.
Christopher J. Stearns, Esq.
Johnson, Anselmo, Murdoch, Burke, Piper & Hochman, P.A.
2455 E. Sunrise Blvd., Suite 1000
Ft. Lauderdale, FL 33304
johnson@jambg.com
stearns@jambg.com
*Counsel for David Ritz*

WEIL SNYDER & RAVINDRAN, P.A.

Citigroup Center, 201 South Biscayne Blvd.  Suite 720, Miami, FL 33131
T: (305) 372-5352    F: (305) 372-5355