UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
KEY WEST DIVISION

CASE NO. 4:19-cv-10110-GOODMAN

CONSENT CASE

ELIZABETH MARQUARDT,

    Plaintiff

v.

OCEAN REEF COMMUNITY ASSOCIATION,
and DAVID RITZ,

    Defendants.
_____/

## JOINT NOTICE OF SETTLEMENT

Plaintiff, ELIZABETH MARQUARDT and Defendants, OCEAN REEF COMMUNITY ASSOCIATION and DAVID RITZ, by and through their respective undersigned counsel, hereby advise the Court of a settlement in principle in the above-captioned action. The parties anticipate filing a Stipulation of Dismissal with Prejudice within fifteen days.

Plaintiff's counsel has authorized Defendants' counsel to file the instant Joint Notice of Settlement bearing the electronic signature of Plaintiff's counsel.

Dated:  August 8, 2022
        Miami, Florida

Respectfully submitted,

| | |
|---|---|
| /s/ Ingrid H. Ponce | /s/ Christopher J. Stearns |
| Robert S. Turk, Esq. | E. Bruce Johnson, Esq. |
| Florida Bar No.: 261343 | Christopher J. Stearns, Esq. |
| Ingrid H. Ponce, Esq. | Johnson, Anselmo, Murdoch, Burke, |
| Florida Bar No.: 166774 | Piper & Hochman, P.A. |
| STEARNS WEAVER MILLER, | 2455 E. Sunrise Boulevard, Suite 1000 |
| WEISSLER, ALHADEFF & SITTERSON, P.A. | Fort Lauderdale, FL 33304 |
| 150 West Flagler Street | |
| Museum Tower, Suite 2200 | *Counsel for Defendant, David Ritz* |
| Miami, Florida 33130 | |
| Telephone: (305) 789-3200 | *s/ Ronald P. Weil* |
| Facsimile: (305) 789-3395 | RONALD P. WEIL, ESQ. |
| E-Mail: iponce@stearnsweaver.com | Florida Bar No.: 169966 |
| | E-mail: RWeil@weillawfirm.net |
| *Attorney for Defendant, Ocean Reef Community Association* | Marguerite Snyder, Esq. |
| | Florida Bar No.: 79082 |
| | E-mail: MSnyder@weillawfirm.net |
| | Sec. E-mail: Service@weillawfirm.net |
| | WEIL SNYDER & RAVINDRAN, P.A. |
| | 201 South Biscayne Boulevard, Suite 720 |
| | Miami, Florida 33131 |
| | Telephone: (305) 372-5352 |
| | Facsimile: (305) 372-5355 |
| | |
| | *Attorneys for Plaintiff, ELIZABETH MARQUARDT* |

#10862582 v1